**FRANKLIN COUNTY, OHIO**

MAR 21 2018
Robert G. Montgomery, Judge
Franklin County Probate Court

| | | |
|---|---|---|
| IN RE: | ) | Case No. 582638 |
| | ) | |
| ESTATE OF SUNI MUSIC | ) | JUDGE ROBERT MONTGOMERY |
| | ) | |
| | ) | **EXCEPTIONS TO PARTIAL ACCOUNT** |
| | ) | |

Now comes interested parties Joyce Music and Ernest "Bud" Music and hereby file the following Exceptions to the Partial Account filed on February 13, 2018:

1. Bud Music and Joyce Music are the surviving, natural parents of James Music, deceased and interested parties in this matter.

2. James Music, his wife, Suni Music and daughter Mylee Music were involved in a motor vehicle accident resulting in their death on December 24, 2016.

3. James Music passed away prior to Suni Music and Mylee Music. Suni Music and Mylee Music did not survive James Music by more than 120 hours.

4. Pursuant to R.C. 2105.32, because Suni Music and Mylee Music did not survive James Music by more than 120 hours, Suni Music and Mylee Music are deemed to have predeceased James Music.

5. James Music was the insured under a life insurance policy with the Hartford Life Insurance Company with a death benefit of approximately $250,000.00 ("Policy").

6. The undersigned and counsel for the estate have been working to obtain a copy of the Policy to confirm its exact terms of benefit and payment.

7. Upon information and belief, Suni Music was designated as the beneficiary of the policy, and/or there was no designated beneficiary on the Policy. Upon information and belief, the

2018 MAR 21 PM 3:16
FRANKLIN CO. OHIO
PROBATE COURT
FILED

170a
c05
17pa

a default provision if the insured's spouse or children predecease the Insured, the Policy benefits next of kin or the Estate of James Music.

8. Hartford Life Insurance Company improperly paid the Policy to the Estate of Suni Music even though she is deemed to have predeceased James Music according to R.C. 2105.32.

9. The proceeds of the Policy ($251,229.00 as listed on the Partial Account filed in the Estate of Suni Music, Case No. 582638) should be included in the Estate of James Music, Case No. 582640.

WHEREFORE, having set forth their Exceptions to the Partial Account filed on February 13, 2018, it is requested that this Court set a hearing on the Exceptions.

Respectfully submitted,

Adriann S. McGee (0085731)
REMINGER CO., L.P.A.
200 Civic Center Drive, Ste. 800
Columbus, OH 43215
T: 614-232-2442
F: 614-232-2410
E: amcgee@reminger.com
*Counsel for Joyce Music & Bud Music*

FILED #29
MAR 21 2018
Robert G. Montgomery, Judge
Franklin County Probate Court

Case: 2:18-cv-00492-GCS-CMV Doc #: 1-3 Filed: 05/17/18 Page: 3 of 4 PAGEID #: 9

The undersigned hereby certifies the foregoing document was served via electronic and regular U.S. Mail on this 21st day of March, 2018, to:

    Kacie Waugh
    Waugh Law LLC
    3083 Columbus Street
    Grove City, Ohio 43123
    kw@waughlawllc.com
    *Counsel for Administrator*

And

    Traci Clemens
    5340 Sandpiper Drive
    Orient, Ohio 43146

                                        Adriann S. McGee   (0085731)

FILED #29
MAR 21 2018
Robert G. Montgomery, Judge
Franklin County Probate Court

ESTATE OF  
GUARDIANSHIP OF ~~X~~  
TRUST OF ~~X~~ _____ Suni Music _____ INCOMPETENT ~~X~~  
_____, DECEASED  
CASE NO. __582638__

# ENTRY SETTING HEARING

The Court orders that a hearing be set on the __14th__ day of __May__, __2018__ at __3:00__ o'clock __P__ M. to consider: __Exceptions to Account__

as filed on the __21st__ day of __March__, __2018__. The hearing will be held in Probate Court, Franklin County Courthouse, 373 South High Street, 22nd Floor, Columbus, Ohio 43215-6311.

The Court orders the person requesting this hearing to serve notice as required and file the proof of service.

_____  
Robert G. Montgomery, Judge

Hearing requested by:

FILED #29  
MAR 21 2018  
Robert G. Montgomery, Judge  
Franklin County Probate Court

_____  
Attorney

_____  
Attorney Registration No.

_____  
Applicant

_____  
Address

_____  
City, State, Zip Code  
( )  
Telephone

FRANKLIN COUNTY FORM 1.E - ENTRY SETTING HEARING